# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BRIAN CLOWDUS EXPERIENCES, LLC, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> HISTORIC HUDSON VALLEY, ) <br> ) <br> Respondent. ) | Civil Action No. <br><br> 3:21-cv-00079-TCB |

## BRIAN CLOWDUS EXPERIENCES, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Petitioner Brian Clowdus Experiences, LLC states as follows:

(1)   The undersigned counsel of record for Petitioner certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of Petitioner:

Petitioner: Brian Clowdus Experiences, LLC. No parent corporation or publicly held corporation owns 10% or more of the membership interest in Brian Clowdus Experiences, LLC.

Respondent: Historic Hudson Valley.

{KH662710.DOCX}

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations known by Petitioner to have either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Brian Clowdus

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

<u>Attorneys for Petitioner</u>:
Joyce Gist Lewis
Georgia Bar No. 296261
Sada J. Baby
Georgia Bar No. 307214
KREVOLIN & HORST, LLC
Suite 3250, One Atlantic Center
1201 West Peachtree St. NW
Atlanta, Georgia 30309

<u>Attorneys for Respondent</u>:
Burleigh L. Singleton
Georgia Bar No. 649084
Ronald L. Raider
Georgia Bar No. 592192
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

Respectfully submitted, this 20th day of July 2021.

/s/ **Joyce Gist Lewis**
Joyce Gist Lewis
Georgia Bar No. 296261
Sada Jacobson Baby
Georgia Bar No. 307214
*Counsel for Petitioner Brian Clowdus Experiences LLC*
**KREVOLIN & HORST, LLC**
1201 W. Peachtree Street NW
3250 One Atlantic Center
Atlanta, GA 30309
(404) 888-9700
jlewis@khlawfirm.com
baby@khlawfirm.com

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a true and correct copy of the foregoing **BRIAN CLOWDUS EXPERIENCES, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** via this Court's e-filing system, which will automatically provide notice and service to counsel for all parties of record.

This 20th day of July 2021.

**/s/ Joyce Gist Lewis**
Joyce Gist Lewis
Georgia Bar No. 296261
Sada Jacobson Baby
Georgia Bar No. 307214
*Counsel for Petitioner Brian Clowdus Experiences LLC*
**KREVOLIN & HORST, LLC**
1201 W. Peachtree Street NW
3250 One Atlantic Center
Atlanta, GA 30309
(404) 888-9700
jlewis@khlawfirm.com
baby@khlawfirm.com
