IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRIAN CLOWDUS EXPERIENCES, LLC, | |
| Petitioner, | CIVIL ACTION FILE |
| v. | NO. 3:21-cv-79-TCB |
| HISTORIC HUDSON VALLEY, | |
| Respondent. | |

**O R D E R**

This case comes before the Court on Historic Hudson Valley's motion [7] to stay. After careful review of the petition [1] to confirm the arbitration award, the Court is not satisfied that diversity jurisdiction exists.

The complaint does not identify the citizenship of Brian Clowdus Experiences, LLC's ("BCE") members. Nor does it identify Historic Hudson Valley's place of incorporation. BCE shall respond in writing by September 3rd to show whether the complete diversity requirement of

28 U.S.C. § 1332 is satisfied. Failure to do so shall result in this case being dismissed for want of subject-matter jurisdiction.

IT IS SO ORDERED this 23rd day of August, 2021.

_____
Timothy C. Batten, Sr.
Chief United States District Judge