IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| BRIAN CLOWDUS EXPERIENCES, LLC, | |
| Petitioner, | CIVIL ACTION FILE |
| v. | NO. 3:21-cv-79-TCB |
| HISTORIC HUDSON VALLEY, | |
| Respondent. | |

**O R D E R**

This action came before the Court upon a petition [1] to confirm an arbitration award, a motion [7] to stay the confirmation which was subsequently denied [17], and a Rule 16(a) conference held December 13, 2021. The Court examined the record and found that the record evidence shows that the petitioner is entitled to confirmation of the award as a matter of law. Therefore, it is

ORDERED AND ADJUDGED that the arbitration award is confirmed: Historic Hudson Valley shall pay Brian Clowdus

Experiences, LLC $449,646 in lost profits for the 2021–2023 seasons of *Sleepy Hollow,* and shall pay $57,408.37 in attorneys' fees, costs, and expenses of litigation.

    IT IS SO ORDERED this 14th day of December, 2021.

                                                  Timothy C. Batten, Sr.
                                                  Chief United States District Judge